IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MELANIE SMITH GOLDWIRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-129 |
| | ) | |
| JOSEPH PERMAR; AG ENERGY | ) | |
| TRANSPORT, LLC; and PROTECTIVE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On October 5, 2023, the Court ordered Defendants to provide sufficient evidence that the jurisdictional amount is in controversy. (See doc. no. 10.) On October 13, 2023, the parties jointly responded by submitting a detailed stipulation on damages. (See doc. no. 11.) The "evidence combined with reasonable deductions, reasonable inferences, [and] other reasonable extrapolations" demonstrates that the jurisdictional amount is in controversy. Pretka v. Kolter City Plaza II, Inc., 608 F.3d 744, 754 (11th Cir. 2010). Thus, the Court finds that it has subject matter jurisdiction over the case at this time, and the case shall proceed.

SO ORDERED this 16th day of October, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA