IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| MELANIE SMITH GOLDWIRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-129 |
| | ) | |
| JOSEPH PERMAR; AG ENERGY TRANSPORT, LLC; and PROTECTIVE INSURANCE COMPANY, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The Court received the parties' joint status report and **STAYS** remaining case deadlines pending private mediation through and including September 16, 2024. (Doc. no. 24.) The parties shall advise the Court as to the status of the case by no later than September 23, 2024, and, if the case is not resolved, the Court imposes the following deadline:

| | |
|---|---|
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | October 16, 2024 |

All provisions of the prior Scheduling Orders not revised herein shall remain in full force and effect.

SO ORDERED this 5th day of September, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA